# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

April 30, 2025

Justin A. Guilfoyle
direct dial: 212.589.4607
jguilfoyle@bakerlaw.com

**VIA ECF**

The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> DENIED. The Court doesn't adjourn litigation deadlines for purposes of mediation. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: May 2, 2025

Re:   *DeLeo v. Waste Connections of New York, Inc., et al.*
         S.D.N.Y. Docket No. 1:25-cv-875 (AS)

Dear Judge Subramanian:

      This firm represents Defendant Waste Connections of New York, Inc. ("Defendant") in the above-referenced action. Defendant and Plaintiff Vincent DeLeo ("Plaintiff") (collectively, the "Parties") jointly write pursuant to Rule 3.E. of Your Honor's Individual Practices in Civil Cases to request an adjournment *sine dine* of the Initial Conference currently scheduled for May 6, 2025, as well as the corresponding pre-conference submissions.

      Pursuant to Your Honor's February 3, 2025 Notice of Initial Pretrial Conference (Dkt. No. 6), the Parties are to appear for an Initial Conference before Your Honor on May 6, 2025 and to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order a week prior. Subsequently, on April 10, 2025, an Order of Automatic Referral to Mediation (Dkt No. 11) was issued, which requires the Parties to participate in court-annexed mediation and to exchange initial discovery in accordance with the Pilot Discovery Protocols. In light of this referral to mediation, the Parties respectfully request that the Court adjourn the Initial Conference and deadline to submit pre-conference materials until after the Parties have had the opportunity to participate in mediation. There have been no previous requests for the instant relief.

      The Parties thank the Court for its time and consideration of this request.

      Respectfully submitted,

| **BAKER & HOSTETLER LLP** | **HYDERALLY & ASSOCIATES P.C.** |
|---|---|
| /s/ *Justin A. Guilfoyle* | /s/ *Ty Hyderally* |
| Justin A. Guilfoyle | Ty Hyderally |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |