UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT DELEO,<br><br>                    Plaintiff,<br><br>        -against-<br><br>WASTE CONNECTIONS OF NEW YORK;<br>JOHN DOES 1–10; XYZ CORP. 1–10,<br><br>                    Defendants. | 25-CV-875 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's February 3, 2025 Order, Dkt. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **April 30, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 2, 2025**.

      SO ORDERED.

Dated: May 2, 2025
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                        United States District Judge